CITY OF YONKERS, Respondent, *v.* EUGENIA LEONE, Appellant.

Argued February 26, 1947; decided April 11, 1947.

*Sylvester W. Del Bello* for appellant.

*John H. Galloway, Jr., Corporation Counsel (John Preston Phillips* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., DESMOND, THACHER, DYE and FULD, JJ. Dissenting: LEWIS and CONWAY, JJ.